**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-7943**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM EARL MARSHALL,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Chief District Judge. (CR-91-195)

_____

Submitted: February 14, 2002        Decided: February 27, 2002

_____

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

William Earl Marshall, Appellant Pro Se. Mark Timothy Calloway, United States Attorney, Charlotte, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Earl Marshall appeals from the district court's order denying his motion challenging the sufficiency of the indictment under Fed. R. Crim. P. 12(b)(2). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Marshall, No. CR-91-195 (W.D.N.C. Oct. 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2